No. 91–668. MEKSS v. WYOMING GIRLS' SCHOOL. Sup. Ct. Wyo. Certiorari denied.

No. 91–683. CITY OF JAMESTOWN v. JAMES CABLE PARTNERS, DBA BIG SOUTH FORK CABLEVISION. Ct. App. Tenn. Certiorari denied.

No. 91–692. RHODES, PERSONAL REPRESENTATIVE OF ESTATE OF WEST, DECEASED v. MCDANNEL ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–693. FEDERAL INSURANCE CO. v. CITY OF LAKELAND. C. A. 11th Cir. Certiorari denied.

No. 91–695. THOMPSON v. THOMPSON. C. A. 6th Cir. Certiorari denied.

No. 91–708. CHAMPION v. CHAMPION. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 91–710. RISHEL v. UNITED MINE WORKERS OF AMERICA HEALTH AND RETIREMENT FUNDS. C. A. 3d Cir. Certiorari denied.

No. 91–722. NL INDUSTRIES, INC. v. GHR ENERGY CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–727. AMALGAMATED CLOTHING & TEXTILE WORKERS UNION, AFL–CIO, CLC v. NICHOLS. Sup. Ct. S. C. Certiorari denied.

No. 91–732. SNIDER, ACTING SECRETARY OF THE DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. v. TEMPLE UNIVERSITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–737. ALABAMA v. PRINCE. Ct. Crim. App. Ala. Certiorari denied.

No. 91–739. LIBERTY MUTUAL INSURANCE CO. v. STATES. C. A. 8th Cir. Certiorari denied.

No. 91–741. MANN v. RIGTRUP ET AL. C. A. 10th Cir. Certiorari denied.